**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR04-80S** **August 12, 2005**

**TITLE: USA V. ROCCO DESIMONE**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:50 a.m. -**

---

**COUNSEL PRESENT:** **Government - Luis Matos, AUSA**
**Defendant - Kevin Bristow, Esquire**
**Probation [illegible]**

**<u>RE: Sentencing Hearing</u>**

**<u>Proceedings:</u> All counsel of record present; Defendant present; W-1 Charles J. Reilly; W-1 Sworn In; W-1 DX by Attorney Bristow; CX by Attorney Mattos; Court questions W-1; RDX by Bristow; RCX by Mattos; RRDX by Bristow; RRCX by Mattos; W-2 Robert Ferraro; W-2 Sworn; W-2 DX by Mattos; CX by Bristow; RDX by Mattos; 33 exhibits ent'd Full; 4 exhibits ID only; Arguments heard as to the deft's/Govt's objections to the PSR; Government recommends a sentence beyond the guideline range ( a non guideline sentence) maximum sentence of 36 months; Defense counsel asked the Court to impose a sentence of home confinement; Defendant addresses his statements to the Court; Court imposes 27 months as to Count III; fine of $100,000.00; S/R of 1 year as to Count III; The defendant shall participate in a program of mental health treatment; The defendant shall cooperate with the Internal Revenue Service in the repayment of tax obligation; The defendant shall perform 500 hours of community service; The Probation Office to determine community service; $100.00 S/A; Court advises the defendant of his rights to file an appeal; Defendant shall surrender to the U.S. Marshals by September 26, 2005 at 12:00 noon.**