AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America v. Rocco DeSimone

EXHIBIT AND WITNESS LIST

CASE NUMBER: 04-80S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Luis Matos, AUSA | Kevin Bristo |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/12/2005 | Anne Clayton | Doreen Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/12/05 | | | W-1 Charles J. Reilly |
| | A | 8/12/05 | ✓ | Full | Certification of Charles J. Reilly. |
| 31 | | 8/12/05 | ✓ | Full | Dated 2/18/05 Amended Verified Complaint |
| 32A | | 8/12/05 | ✓ | Full | (Page 1) Kevin Michael O'Coin |
| 32 | | 8/12/05 | ✓ | ID | (Page 2, 3) Kevin Michael O'Coin |
| 33 | | 8/12/05 | ✓ | ID | (Page 3-7) Transaction Receipt |
| 33A | | 8/12/05 | ✓ | Full | (Page 1+2) - 30-Day Collateral loan agreement. |
| | B | 8/12/05 | ✓ | Full | Salomon Smith Barney (letter) |
| | C | 8/12/05 | ✓ | ID | 1997 Spreadsheet. |
| | D | 8/12/05 | ✓ | ID | Financial Management Account. |
| | | | | | W-2nd Robert Ferraro |
| 2 | | 8/12/05 | | Full | Bank of Rhode Island statement dated 9/7/96. |
| 3 | | | | Full | Check #263 Form 4526-A. |
| 4 | | | | Full | Copy of check # 5195. |
| 5 | | | | Full | Copy of check # 5198 |
| 6 | | | | Full | Copy of check # 5225. |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Rocco DeSimone

CASE NUMBER: 04-80S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7 | | | | F | Copy of Check #5219 |
| 8 | | | | F | New Account Application |
| 9 | | | | F | Statement dated 5/9/97 |
| 10 | | | | F | Financial Management Acct dated 9/29/96 |
| 11 | | | | F | Statement dated 5/7/97 |
| 12 | | | | F | Copy of Check #5643 |
| 13 | | | | F | Copy of Check #5601 |
| 14 | | | | F | Copy of Check #5626 |
| 15 | | | | F | Copy of Check #5594 |
| 16 | | | | F | Copy of Check #5592 |
| 17 | | | | F | Copy of Check #5596 |
| | | | | Fall | Allen Williams |
| 18 | | | | F | Copy of Check #5640 |
| 19 | | | | F | Copy of Check #5625. |
| 20 | | | | F | Copy of Check #5646 |
| 21 | | | | F | Copy of Check #5663. |
| 22 | | | | F | Copy of Check #5600 |
| 23 | | | | F | Copy of Check #5700 |
| 24 | | | | F | Financial Management Acct dated 6/29/97 |
| 25 | | | | F | Letter dated 6/17/97 |
| 26 | | | | F | Statement dated 6/7/97 |
| 27 | | | | F | Copy of Check #1028 |
| 28 | | | | F | Financial Management Acct dated 8/31/97 |
| ~~29~~ | | | | ~~F~~ | |
| | | | | | |
| | | | | | |
| | | | | | |