UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES :
:
v. : CR. NO. CR04-80S
:
ROCCO P. DESIMONE :

**NOTICE OF APPEAL**

Notice is hereby given that Rocco P. DeSimone, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence imposed in this action on August 23, 2005.

Respectfully submitted
ROCCO P. DESIMONE
By his Attorney,

KEVIN J. BRISTOW, ESQ. #3984
1309 Turks Head Building
Providence, RI 02903
(401) 521-2800; fax (401) 521-2812

**Certification of Service**

I hereby certify that on the 30th day of August, 2005, I mailed a copy of the within Notice of Appeal to Assistant United States Attorney Luis Matos, United States Attorneys Office, Fleet Center, Providence, RI 02903.