UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

August 30, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Rocco DeSimone
CR04-80S

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, Court File; Statement of Reasons; Notice of Appeal; Payment Receipt.