UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES :
:
VS : CR. NO. CR04-80S
:
ROCCO P. DESIMONE :

**MOTION TO SEAL DEFENDANT'S MOTION TO DELAY SURRENDER DATE**

Now comes the Defendant, Rocco P. DeSimone, by and through his attorney, and hereby moves to seal the Defendant's Motion to Delay Surrender Date and Memorandum in Support of Defendant's Motion to Delay Surrender Date. In support of this Motion, Defendant relies upon the attached Memorandum in Support of Motion to Seal Defendant's Motion to Delay Surrender Date.

Respectfully submitted
ROCCO P. DESIMONE
By his Attorney,

KEVIN J. BRISTOW, ESQ. #3984
1309 Turks Head Building
Providence, RI 02903
(401) 521-2800; fax (401) 521-2812

**Certification of Service**

I hereby certify that on the 20th day of September, 2005, I hand-delivered a copy of the within Motion to Assistant United States Attorney Luis Matos, United States Attorneys Office, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **VS** | : | **CR. NO. CR04-80S** |
| | : | |
| **ROCCO P. DESIMONE** | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO SEAL DEFENDANT'S MOTION TO DELAY SURRENDER DATE**

Now comes the Defendant, Rocco P. DeSimone, by and through his attorney, and hereby submits this memorandum in support of Defendant's Motion to Seal Defendant's Motion to Delay Surrender Date and Memorandum in Support.

On September 16, 2005, the Defendant filed a Motion to Delay Surrender Date, together with a supporting memorandum. The Memorandum in support of Defendant's motion contained confidential health information regarding the Defendant's present medical condition. It is respectfully requested that this Honorable Court seal the Defendant's Motion to Delay Surrender Date and Memorandum in Support of said motion so that Defendant's confidential health information will remain private. No harm will result to the government by the granting of this motion, and the Defendant's personal health information will be protected.

For the foregoing reasons, it is respectfully requested that this Honorable Court

grant the within motion and for such other and further relief as to this Court may seem just and proper.

Respectfully submitted
ROCCO P. DESIMONE
By his Attorney,

KEVIN J. BRISTOW, ESQ. #3984
1309 Turks Head Building
Providence, RI 02903
(401) 521-2800; fax (401) 521-2812

**Certification of Service**

I hereby certify that on the 20th day of September, 2005, I hand-delivered a copy of the within Motion to Assistant United States Attorney Luis Matos, United States Attorneys Office, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.