**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR. No. CR04-80S
)
ROCCO P. DESIMONE

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S**
**MOTION TO DELAY SURRENDER DATE**

Comes now the United States of America, by and through its attorneys, Robert Clarke Corrente, United States Attorney, and Luis M. Matos, Assistant United States Attorney, and opposes defendant's motion to delay the date upon which he is to surrender to the United States Bureau of Prison, for the reasons in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARKE CORRENTE
United States Attorney

/LUIS M. MATOS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2005 I caused to be sent a true copy of the within United States' Opposition to Defendant's Motion to Delay Surrender Date to:

Kevin J. Bristow, Esq.
76 Westminster Street
Providence, RI 02903

K. Anderson

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR. No. CR04-80S
)
ROCCO P. DESIMONE

**GOVERNMENT'S MEMORANDUM OF LAW IN OPPOSITION**
**TO DEFENDANT'S MOTION TO DELAY SURRENDER DATE**

Defendant has filed a motion to delay his surrender date because he claims that he has developed an "abscess with cellulitis secondary to a staph infection." He relies on a letter from Dr. Amrut Patel in which Dr. Patel states that the defendant should not be in a prison environment until his medical condition resolves completely. The United States opposes defendant's motion.

Defendant was sentenced on August 12, 2005, to a term of incarceration of 27 months. During his sentencing, the Court indicated that it intended to have the defendant surrender within three weeks of the sentencing. Defendant requested that he be allowed to report within six weeks of the sentencing so that he could get his affairs in order and because of other family issues. The United States did not object to the request. Defendant now seeks a second extension.

Defendant relies upon a letter from Dr. Patel. Dr. Patel has previously corresponded with the Court on behalf of the defendant. Dr. Patel is one of two people (the other being defendant's parish priest) that the Government is aware sent a letter to the Court on behalf of the defendant prior to defendant's sentencing. On June 20, 2005, Dr. Patel advised the Court the defendant has donated over $4000 and his time to the Namaskar India Foundation. Dr. Patel is the president of the foundation and the defendant apparently sits on its board of directors.

Dr. Patel has again written to the Court. Dr. Patel writes that he has ordered complete rest for the defendant to heal the abscess, which he nonetheless believes will need to be incised and drained requiring three weeks to heal. Despite Dr. Patel's opinion that defendant should not be in a prison environment, there is no showing by the defendant that the defendant cannot seek the same course of treatment in prison.

Defendant is presently scheduled to be housed at the camp at FCP Lewisburg. The undersigned Assistant U.S. Attorney has confirmed that the facility does have a medical staff and that inmates are taken to local hospitals, if the circumstances warrant a hospital visit. It will be incumbent upon the defendant to advise the Bureau of Prisons of his condition and seek treatment. However, defendant's present circumstance does not strike the United States as presenting such a severe circumstance that it should require a delay in the surrender date.

Accordingly, the United States respectfully opposes defendant's motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARKE CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2005 I caused to be sent a true copy of the within United States' Memorandum in Support its Opposition to Defendant's Motion to Delay Surrender Date to:

Kevin J. Bristow, Esq.
76 Westminster Street
Providence, RI 02903

K Anderson