UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

SEP 20 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES :
:
VS : CR. NO. CR04-80S
:
ROCCO P. DESIMONE :

FILED

SEP 20 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO SEAL DEFENDANT'S MOTION TO DELAY SURRENDER DATE**

Now comes the Defendant, Rocco P. DeSimone, by and through his attorney, and hereby moves to seal the Defendant's Motion to Delay Surrender Date and Memorandum in Support of Defendant's Motion to Delay Surrender Date. In support of this Motion, Defendant relies upon the attached Memorandum in Support of Motion to Seal Defendant's Motion to Delay Surrender Date.

Respectfully submitted
ROCCO P. DESIMONE
By his Attorney,

KEVIN J. BRISTOW, ESQ. #3984
1309 Turks Head Building
Providence, RI 02903
(401) 521-2800; fax (401) 521-2812

GRANTED
William E. Smith
U.S. District Judge
9/22/05