IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. CR04-80S |
| | ) | |
| ROCCO P. DESIMONE | | |

**ORDER DENYING DEFENDANT'S MOTION TO DELAY SURRENDER DATE AND MODIFYING CONDITIONS OF HIS SURRENDER**

This matter having been submitted to the Court upon Defendant, Rocco P. DeSimone's, motion to delay his surrender date and the Court having reviewed Defendant's motion and the United States opposition thereto, it is hereby ORDERED that Defendant's Motion to Delay Surrender Date is DENIED. However, the conditions of defendant's surrender are MODIFIED as follows:

(1) Defendant shall surrender to the institution designated by the United States Bureau of Prisons ("BOP") (presently FCP Lewisburg) if he is physically able to travel to that location on September 26, 2005;

(2) If defendant is not physically able to travel to the BOP facility, he shall surrender to the United States Marshall Service, in Providence, R.I., by 12:00 p.m., on September 26, 2005.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
JUDGE
UNITED STATES DISTRICT COURT

DATE: 9/22/05