UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 04-80-S |
| vs. | ) | |
| | ) | |
| ROCCO P. DESIMONE | ) | |

**UNITED STATES' MOTION**
**TO SUPPLEMENT RECORD FOR COURT OF APPEALS**

For the reasons set forth in the accompanying memorandum of law, pursuant to Fed. R. App. P. 10(e), the government moves this Court to forward the following filing to the First Circuit: The government's sentencing memorandum dated August 10, 2005.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DONALD C. LOCKHART
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this, the 7th day of October, 2005, I mailed a true copy of this filing to counsel for defendant Rocco P. DeSimone:

Kevin J. Bristow, Esq.
1309 Turks Head Building
Providence, RI 02903

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 04-80-S |
| vs. | ) | |
| | ) | |
| ROCCO P. DESIMONE | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO SUPPLEMENT RECORD FOR COURT OF APPEALS**

Pursuant to Fed. R. App. P. 10(e), the government moves this Court to supplement the record, to facilitate the First Circuit's review of the pending appeal in this case. Specifically, the government moves the Court to forward the following filing to the First Circuit: The government's sentencing memorandum dated August 10, 2005.

The memorandum in question was not assigned a docket number. It is referred to in a docket entry dated August 10, 2005, between docket numbers 71 and 72. It is shown as having been "forwarded to chambers." Apparently it was not placed in the public file. The undersigned attorney has examined the records that this Court forwarded to the First Circuit. The memorandum is not among them. By contrast, the informal letter briefs submitted by the defense (which are not reflected on the docket sheet) are included in the file.

The record includes all "original papers and exhibits filed in the district court" and the "transcript of proceedings, if any." Fed. R. App. P. 10(a). If any of these items is omitted from the record, Federal Rule of Appellate Procedure 10(e) provides a remedy:

> **(e) Correction or Modification of the Record**
>
> (1) If any difference arises about whether the record truly discloses what occurred in the district court, the difference must be submitted to and settled by that court and the record conformed accordingly.
>
> (2) If anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded:
>
> (A) on stipulation of the parties;
>
> (B) by the district court before or after the record has been forwarded; or
>
> (C) by the court of appeals.

Fed. R. App. P. 10(e); see generally United States v. Morales-Madera, 352 F.3d 1, 10-12 (1st Cir. 2003); United States v. Rivera-Rosario, 300 F.3d 1, 9 (1st Cir. 2002); United States v. Bullard, 37 F.3d 765, 767 (1st Cir. 1994), cert. denied, 514 U.S. 1089 (1995).

The government's sentencing memorandum is clearly part of the record. See In Re Providence Journal Company, 293 F.3d 1, 12-13

(1st Cir. 2002). Absent special concerns, such legal memoranda ordinarily should reside in the public file for the case. Id.

For the above reasons, this Court should grant the motion to supplement the record.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DONALD C. LOCKHART
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this, the 7th day of October, 2005, I mailed a true copy of this filing to counsel for defendant Rocco P. DeSimone:

Kevin J. Bristow, Esq.
1309 Turks Head Building
Providence, RI 02903