UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 04-80-S
vs. )
)
ROCCO P. DESIMONE )

**UNITED STATES' MOTION**
**TO SUPPLEMENT RECORD FOR COURT OF APPEALS**

For the reasons set forth in the accompanying memorandum of law, pursuant to Fed. R. App. P. 10(e), the government moves this Court to forward the following filing to the First Circuit: The government's sentencing memorandum dated August 10, 2005.

Granted - The Government's sentencing memorandum shall be docketed by clerk, and forwarded to the First Circuit

WESm
USDJ
10/11/05

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

[signature]

DONALD C. LOCKHART
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this, the 7th day of October, 2005, I mailed a true copy of this filing to counsel for defendant Rocco P. DeSimone:

Kevin J. Bristow, Esq.
1309 Turks Head Building
Providence, RI 02903

[signature]