David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Robert R. Henry
Chief Deputy

October 14, 2005

Richard Donovan, Clerk
United States Court of Appeals
One Courthouse Way
Boston, MA 02109

**Re: <u>USA v. Rocco P. DeSimone</u>, Cr. No. 04-80S**

Dear Mr. Donovan:

Enclosed please find Supplemental Record on Appeal, together with a certified copy of the docket in the above matter.

Please acknowledge receipt of the enclosed by signing a **copy** of this letter and returning back to this office.

Sincerely,

DAVID A. DiMARZIO
Clerk of Court

Alba-Sue Mercurio
Deputy Clerk

Enclosure: Government's Sentencing Memorandum
Certified Docket



85