UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

December 30, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Rocco P. DeSimone
CR04-80S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

*Doreen L. Baldinelli*
DEPUTY CLERK

RECEIVED
JAN - 3 2006
U.S. Court of Appeals
By:

ENC: Certified Docket, Transcripts dated March 15, 2005 through March 22, 2005 (Jury Trial); August 12, 2005 (Sentencing); September 16, 2004 (Govt's Motion to Disqualify Attorney); and November 8, 2004 (Continuation of Govt's Motion to Disqualify Attorney; and November 9, 2004 (Decision on Govt's Motion to Disqualify attorney).