# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

RECEIVED
MAR 0 1 2006
US MARSHALS
RHODE ISLAND

***Case No. Cr. No. 04-80S***

*To:* ***Warden***
***FMC Devens***
***P.O. BOX 879***
***Devens, MA 01434***
***AND/OR THE UNITED STATES MARSHAL, DISTRICT OF RHODE ISLAND***

YOU ARE HEREBY COMMANDED, **to have the body of ROCCO DESIMONE, by you restrained of his liberty, as it is said, by whatsoever means detained, together with the day and cause of his being detained, before the Honorable William E. Smith, Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at 9:30 o'clock a.m., on the 9th day of March, 2006, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.**

**Return unexecuted, court appearance cancelled.**

Deputy U.S. Marshal

**WITNESS the Honorable William E. Smith**

**United States District Judge at Providence, RI**
**Dated: February 28, 2006.**

**Motion hearing**

By_______________
WILLIAM E. SMITH
U.S. District Judge

Date: 2/28/06