KEVIN J. BRISTOW
Attorney at Law

505 Turks Head Building
(401) 521-2800

Providence, RI 02903
Fax (401) 521-2812

RECEIVED
MAR 01 2006
Property of U.S. District Court
District of Rhode Island

March 1, 2006

The Honorable William E. Smith
U.S. District Judge
District of Rhode Island
One Exchange Terrace
Providence, Rhode Island 02903

Re: U.S. v. Rocco P. DeSimone, CR04-80S

Dear Judge Smith:

I am writing to request that I be allowed to waive Mr. DeSimone's presence at the hearing on Defendant's Motion for Bail Pending Appeal. Mr. DeSimone is currently at the Devens Medical Facility and has been there throughout his incarceration. Mr. DeSimone has asked me to make the request that you allow the hearing to proceed in his absence. He has spoken with his counselor at Devens, Mr. Premsingh, and others regarding this issue. Mr. DeSimone's decision regarding this request appears to be fully informed.

As you are aware from the Defendant's memorandum in support of the motion, the hearing will be comprised entirely of legal argument with factual references to the transcript. The Defendant will have no active role in the hearing. I have spoken with A.U.S.A. Matos regarding this request and the Government has no objection to the Defendant's appearance being waived. Accordingly, it is my hope that you will allow me to waive Mr. DeSimone's appearance at the hearing.

Please do not hesitate to have your clerk contact me if you need any additional information.

Very truly yours,

Kevin J. Bristow

Motion to waive the presence of the Defendant is Granted

WESmith
3/2/06