**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **CR. No. 04-80S** |
| | : | |
| **ROCCO P. DESIMONE** | : | |

**UNITED STATES' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT'S MOTION FOR BAIL PENDING APPEAL**

On March 9, 2006, the Court conducted a hearing on Defendant's Motion for Bail Pending Appeal. Toward the end of the hearing, the Court questioned counsel concerning the practical impact of the bail request in light of the length of time Defendant's appeal has been pending compared with the length of his sentence. The United States submits the instant supplemental memorandum in order to briefly address this issue.

As a threshold matter, the Government respectfully submits that such practical considerations have no place in the analysis mandated by 18 U.S.C. § 3143(b)(1)(B). The Bail Reform Act actually creates a presumption against release pending appeal which may be overcome solely by meeting the standards articulated in the statute. See United States v. Colon Berrios, 791 F.2d 211, 214 n.4 (1st Cir.1986). Those standards are worth repeating: (1) the appeal raises a substantial question of law or fact, and (2) if that substantial question is resolved in his favor on appeal, such a decision would likely lead to reversal, a new trial, or a dramatically reduced sentence. United States v. Bayko, 774 F.2d 516, 522-23 (1st Cir. 1995). A "substantial question" is one that is "'close'" in the sense that it "'very well could be decided the other way.'" Bayko, 774 F.2d at 523; United States v. Colon-Munoz, 292 F.3d 18, 20 (1st Cir. 2002) (referring to Bayko standard). Bayko also defines a "substantial question" negatively in the sense

that questions are not "substantial" merely if they are (1) "'novel,'" (2) not the subject of "'controlling precedent,'" (3) "'undecided,'" or (4) "'fairly debatable.'" Bayko makes clear that the mere "'possibility of reversal'" is not enough to justify bail pending appeal. Bayko, 774 F.2d at 523.

In the instant case, given Defendant's failure to preserve many of the issues raised presently, the standard is even higher. In the upcoming appeal, therefore, the new claims will be reviewed for plain error. The plain error standard is reserved for "only the most egregious of unpreserved errors," sometimes referred to as "'block busters.'" See United States v. Sanchez, 424 F.3d 65, 73 (1st Cir. 2005); United States v. Bey, 188 F.3d 1, 10 (1st Cir. 1999). Defendant will have to convince the Court of Appeals "(1) that an error occurred (2) which was clear or obvious and which not only (3) affected [his] substantial rights, but also (4) seriously impaired the fairness, integrity, or public reputation of judicial proceedings." United States v. Duarte, 246 F.3d 56, 60 (1st Cir. 2001).

In any event, for three main reasons, even if the Court wishes to factor practical considerations into account, the equities weigh against granting bail at this late juncture.

First, at the hearing, Defense counsel suggested that a decision from the First Circuit on the merits of Defendant's appeal would unlikely come before September 2006. The Circuit's docket sheet in this case illustrates that Defendant has delayed in processing his appeal. See Attach. A. Indeed, although the appeal was initially filed in September 2005, it appears that Defendant did not even order the transcript of the proceedings before this Court until November. The docket sheet reflects further inexplicable delays. This likely explains why Defense counsel only recently received a briefing schedule from the Court of Appeals.

Second, although Defense counsel indicated that a ruling from the Circuit on the issues he raises in the instant motion would not come before September, this ignores the fact that (1) he could have sought bail in the Court of Appeals as an initial matter, and (2) he could have moved for expedited consideration of his appeal on the merits. He did neither. Not only that, but he pursued his merits appeal slowly, as just discussed. Defendant should not be allowed to leverage the fact of his own delays in his attempt to overcome the bail standard.

Third, either party, depending on the Court's ruling, may appeal the bail decision.[1] In that case, the Circuit's ruling on the questions presented in Defendant's motion and on appeal will come much sooner than next fall.

Based upon the foregoing, and the reasons articulated in the United States' objection to Defendant's motion and at the hearing, the United States respectfully requests that the Court deny Defendant's Motion for Bail Pending Appeal.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: March 9, 2006

LUIS MATOS
DULCE DONOVAN
Assistant U.S. Attorneys
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

[1] See e.g. 18 U.S.C. §§ 3145 (c) and 3731. Should the Court determine that Defendant has met the standard for bail pending appeal, the United States respectfully requests a three-week stay of the Court's decision in order to seek approval from the Solicitor General's Office to pursue an appeal of the Court's order.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2006, I caused to be sent a true copy of the within United States' Supplemental Memorandum in Support of Its Objection to Defendant's Motion for Bail Pending Appeal to:

Kevin Bristow, Esq.
1309 Turks Head Building
Providence, RI 02903

John A. MacFadyen, Esq.
MacFadyen, Gerschedit & O'Brien
101 Dyer Street
Providence, RI 02903

K Anderson

# General Docket

## US Court of Appeals for the First Circuit

```
Court of Appeals Docket #: 05-2314                          Filed: 9/1/05
Nsuit:    0  (Criminal or NOT SET)
US v. DeSimone
Appeal from: U.S. District Court for the District of Rhode Island

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0103-1 : 04-00080            lead: 04-00080
     Ordering Judge: William E. Smith, Judge
     trial judge: David L. Martin, Magistrate Judge
     court reporter: Anne Clayton, Court Reporter
     Date Filed: 8/18/04
     Date order/judgment: 8/23/05
     Date NOA filed: 8/30/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Attach. A.

Docket as of March 8, 2006 0:08 am Page 1

05-2314 US v. DeSimone

| | |
|---|---|
| UNITED STATES<br>Appellee | Luis M. Matos<br>FTS 401-709-5001<br>401-709-5000<br>[NTC gvt]<br>U.S. Attorney's Office<br>Fleet Center<br>50 Kennedy Plaza<br>8th Floor<br>Providence, RI 02903 |
| | Donald Lockhart<br>FTS 401-709-5001<br>401-709-5030<br>[COR NTC gvt]<br>U.S. Attorney's Office<br>Fleet Center<br>50 Kennedy Plaza<br>8th Fl.<br>Providence, RI 02903 |
| v. | |
| ROCCO P. DESIMONE<br>Defendant - Appellant | John A. MacFadyen, III<br>FTS 401-751-5096<br>401-751-5090<br>[COR LD NTC ret]<br>The Owen Building<br>101 Dyer St.<br>Providence, RI 02903 |

---

05-2314 US v. DeSimone

UNITED STATES

Appellee

v.

ROCCO P. DESIMONE

Defendant - Appellant

---

05-2314 US v. DeSimone

| | |
|---|---|
| 9/1/05 | CRIMINAL CASE docketed. Opening forms sent. Notice of Appeal filed by Appellant Rocco P. DeSimone. Appearance form due 9/15/05. Docketing Statement due 9/15/05. Transcript Report/Order due 9/15/05. [05-2314] (mani) |
| 9/1/05 | RECORD filed: consisting of docket entries 1-77. [1032639-1] [05-2314] (mani) |
| 9/1/05 | STATEMENT OF REASONS [UNDER SEAL] received and filed. [1032645-1] [05-2314] (mani) |
| 9/1/05 | Transcript of 03/15/05 Testimony of Janet Traeger Salz; 03/16/05-03/18/05 Testimony of Michael Corrado filed by court reporter Anne Clayton. [05-2314] (mani) |
| 9/23/05 | Notice of Default and Intent to Dismiss Issued. Appellant must file the Appearance Form, Docketing Statement and Transcript Report/Order Form on or before 10/7/05, or this case will be dismissed for lack of prosecution in with Loc. R. 3(b). [1039975-3] [05-2314] (mani) |
| 9/26/05 | ATTORNEY Donald Lockhart for Appellee US added to case. |

[05-2314] (mani)

9/26/05 APPEARANCE filed by Donald Lockhart for Appellee US. [1041350-1] [05-2314] (mani)

10/4/05 ATTORNEY MOTION to withdraw as counsel for Rocco P. DeSimone filed by Kevin J. Bristow. [1044043-1] Certificate of service dated 10/3/05 by mail. [05-2314] (mani)

10/5/05 ORDER entered. Upon consideration of motion, it is ordered that the motion to withdraw as counsel for the appellant filed by attorney Kevin. J. Bristow is denied without prejudice to refiling in compliance with Local Rule 46.6(c). The deadline for filing the appearance form, docketing statement and transcript report order form has been enlarged to 11/04/05. [05-2314] (mani)

10/18/05 SUPPLEMENTAL RECORD consisting of Government's Sentencing Memorandum filed. [1048620-1] [05-2314] (mani)

11/3/05 ATTORNEY MOTION to withdraw as counsel for Rocco P. DeSimone filed by Kevin J. Bristow. [1055537-1] Certificate of service dated 11/2/05 by mail. [05-2314] (mani)

11/3/05 ATTORNEY John A. MacFadyen for Appellant Rocco P. DeSimone added to case. [05-2314] (mani)

11/3/05 APPEARANCE filed by John A. MacFadyen for Appellant Rocco P. DeSimone. [1055651-1] [05-2314] (mani)

11/3/05 DOCKETING STATEMENT filed by Appellant Rocco P. DeSimone. [05-2314] (mani)



---



11/3/05 Transcript Report/Order Form filed by Appellant Rocco P. DeSimone. Transcript of Trial 03/15/05, 03/22/05; Sentencing 08/12/05; Mtn Hearing 09/15/04, 11/08/04, 11/09/04 ordered from Court Reporter Anne Clayton. Transcript due 1/3/06. (mani)

11/4/05 ORDER entered. The motion to withdraw filed by Kevin J. Bristow is granted as successor counsel has entered his appearance. [05-2314] (mani)

11/4/05 Involvement of attorney Kevin J. Bristow for Rocco P. DeSimone terminated. [05-2314] (mani)

| | |
|---|---|
| 11/14/05 | Transcript Order Acknowledgment filed by court reporter Anne Clayton. (mani) |
| 1/4/06 | Certification of Filing Transcript of Trial 03/15/05-03/22/05; Sentencing 08/12/05; Motion Hearing 09/15/04, 11/08/04, 11/09/04 filed by court reporter Anne Clayton. (mani) |
| 1/5/06 | SUPPLEMENTAL RECORD consisting of transcripts filed. [1076061-1] [05-2314] (mani) |
| 1/5/06 | Transcript of Trial 03/15/05, 03/16/05, 03/17/05, 03/18/05, 03/21/05, 03/22/05; Sentencing 08/12/05; Motion Hearing 09/16/04, 11/08/04, 11/09/04 filed by court reporter Anne Clayton. [05-2314] (mani) |
| 1/27/06 | Faxed Transcript Report/Order Form filed by Appellant Rocco P. DeSimone. Transcript of Motion Hearing 02/24/05, 03/11/05, 03/14/05 ordered from Court Reporter Anne Clayton. Transcript due 3/28/06. (mani) |
| 2/6/06 | Transcript Order Acknowledgment filed by court reporter Anne Clayton. (mani) |
| 3/7/06 | SUPPLEMENTAL RECORD consisting of #92, 93 filed. [1097816-1] [05-2314] (mani) |
| 3/7/06 | Transcript of Motion in Limine 02/24/05, 03/11/05; Motion to Quash 03/14/05, Chambers Conference on Motion to Quash 03/14/05 filed by court reporter Anne Clayton. [05-2314] (mani) |
| 3/7/06 | BRIEFING SCHEDULE. Appellant's Brief due 4/17/06. [05-2314] (mani) |

Docket as of March 8, 2006 0:08 am Page 5

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/09/2006 11:19:33 | | | |
| PACER Login: | us0556 | Client Code: | |
| Description: | dkt report | Case Number: | 05-2314 |
| Billable Pages: | 5 | Cost: | 0.40 |

Home | PACER | Opinions | Rules | Help

# General Docket

## US Court of Appeals for the First Circuit

```
Court of Appeals Docket #: 05-2314                              Filed: 9/1/05
Nsuit:     0  (Criminal or NOT SET)
US v. DeSimone
Appeal from: U.S. District Court for the District of Rhode Island

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0103-1 : 04-00080             lead: 04-00080
     Ordering Judge: William E. Smith, Judge
     trial judge: David L. Martin, Magistrate Judge
     court reporter: Anne Clayton, Court Reporter
     Date Filed: 8/18/04
     Date order/judgment: 8/23/05
     Date NOA filed: 8/30/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Docket as of March 8, 2006 0:08 am Page 1

---

05-2314 US v. DeSimone

| | |
|---|---|
| UNITED STATES<br>Appellee | Luis M. Matos<br>FTS 401-709-5001<br>401-709-5000<br>[NTC gvt]<br>U.S. Attorney's Office<br>Fleet Center<br>50 Kennedy Plaza<br>8th Floor<br>Providence, RI 02903 |
| | Donald Lockhart<br>FTS 401-709-5001<br>401-709-5030<br>[COR NTC gvt]<br>U.S. Attorney's Office<br>Fleet Center<br>50 Kennedy Plaza<br>8th Fl.<br>Providence, RI 02903 |
| v. | |
| ROCCO P. DESIMONE<br>Defendant - Appellant | John A. MacFadyen, III<br>FTS 401-751-5096<br>401-751-5090<br>[COR LD NTC ret]<br>The Owen Building<br>101 Dyer St.<br>Providence, RI 02903 |

Case 1:04-cr-00080-S Document 97-2 Filed 03/09/2006 Page 9 of 12



---

05-2314 US v. DeSimone

UNITED STATES

Appellee

v.

ROCCO P. DESIMONE

Defendant - Appellant

Docket as of March 8, 2006 0:08 am Page 3

---

05-2314 US v. DeSimone

| | |
|---|---|
| 9/1/05 | CRIMINAL CASE docketed. Opening forms sent. Notice of Appeal filed by Appellant Rocco P. DeSimone. Appearance form due 9/15/05. Docketing Statement due 9/15/05. Transcript Report/Order due 9/15/05. [05-2314] (mani) |
| 9/1/05 | RECORD filed: consisting of docket entries 1-77. [1032639-1] [05-2314] (mani) |
| 9/1/05 | STATEMENT OF REASONS [UNDER SEAL] received and filed. [1032645-1] [05-2314] (mani) |
| 9/1/05 | Transcript of 03/15/05 Testimony of Janet Traeger Salz; 03/16/05-03/18/05 Testimony of Michael Corrado filed by court reporter Anne Clayton. [05-2314] (mani) |
| 9/23/05 | Notice of Default and Intent to Dismiss Issued. Appellant must file the Appearance Form, Docketing Statement and Transcript Report/Order Form on or before 10/7/05, or this case will be dismissed for lack of prosecution in with Loc. R. 3(b). [1039975-3] [05-2314] (mani) |
| 9/26/05 | ATTORNEY Donald Lockhart for Appellee US added to case. |

[05-2314] (mani)

9/26/05 APPEARANCE filed by Donald Lockhart for Appellee US. [1041350-1] [05-2314] (mani)

10/4/05 ATTORNEY MOTION to withdraw as counsel for Rocco P. DeSimone filed by Kevin J. Bristow. [1044043-1] Certificate of service dated 10/3/05 by mail. [05-2314] (mani)

10/5/05 ORDER entered. Upon consideration of motion, it is ordered that the motion to withdraw as counsel for the appellant filed by attorney Kevin. J. Bristow is denied without prejudice to refiling in compliance with Local Rule 46.6(c). The deadline for filing the appearance form, docketing statement and transcript report order form has been enlarged to 11/04/05. [05-2314] (mani)

10/18/05 SUPPLEMENTAL RECORD consisting of Government's Sentencing Memorandum filed. [1048620-1] [05-2314] (mani)

11/3/05 ATTORNEY MOTION to withdraw as counsel for Rocco P. DeSimone filed by Kevin J. Bristow. [1055537-1] Certificate of service dated 11/2/05 by mail. [05-2314] (mani)

11/3/05 ATTORNEY John A. MacFadyen for Appellant Rocco P. DeSimone added to case. [05-2314] (mani)

11/3/05 APPEARANCE filed by John A. MacFadyen for Appellant Rocco P. DeSimone. [1055651-1] [05-2314] (mani)

11/3/05 DOCKETING STATEMENT filed by Appellant Rocco P. DeSimone. [05-2314] (mani)





11/3/05 Transcript Report/Order Form filed by Appellant Rocco P. DeSimone. Transcript of Trial 03/15/05, 03/22/05; Sentencing 08/12/05; Mtn Hearing 09/15/04, 11/08/04, 11/09/04 ordered from Court Reporter Anne Clayton. Transcript due 1/3/06. (mani)

11/4/05 ORDER entered. The motion to withdraw filed by Kevin J. Bristow is granted as successor counsel has entered his appearance. [05-2314] (mani)

11/4/05 Involvement of attorney Kevin J. Bristow for Rocco P. DeSimone terminated. [05-2314] (mani)

| | |
|---|---|
| 11/14/05 | Transcript Order Acknowledgment filed by court reporter Anne Clayton. (mani) |
| 1/4/06 | Certification of Filing Transcript of Trial 03/15/05-03/22/05; Sentencing 08/12/05; Motion Hearing 09/15/04, 11/08/04, 11/09/04 filed by court reporter Anne Clayton. (mani) |
| 1/5/06 | SUPPLEMENTAL RECORD consisting of transcripts filed. [1076061-1] [05-2314] (mani) |
| 1/5/06 | Transcript of Trial 03/15/05, 03/16/05, 03/17/05, 03/18/05, 03/21/05, 03/22/05; Sentencing 08/12/05; Motion Hearing 09/16/04, 11/08/04, 11/09/04 filed by court reporter Anne Clayton. [05-2314] (mani) |
| 1/27/06 | Faxed Transcript Report/Order Form filed by Appellant Rocco P. DeSimone. Transcript of Motion Hearing 02/24/05, 03/11/05, 03/14/05 ordered from Court Reporter Anne Clayton. Transcript due 3/28/06. (mani) |
| 2/6/06 | Transcript Order Acknowledgment filed by court reporter Anne Clayton. (mani) |
| 3/7/06 | SUPPLEMENTAL RECORD consisting of #92, 93 filed. [1097816-1] [05-2314] (mani) |
| 3/7/06 | Transcript of Motion in Limine 02/24/05, 03/11/05; Motion to Quash 03/14/05, Chambers Conference on Motion to Quash 03/14/05 filed by court reporter Anne Clayton. [05-2314] (mani) |
| 3/7/06 | BRIEFING SCHEDULE. Appellant's Brief due 4/17/06. [05-2314] (mani) |




**PACER Service Center**

**Transaction Receipt**

| 03/09/2006 11:19:33 | | | |
|---|---|---|---|
| PACER Login: | us0556 | Client Code: | |
| Description: | dkt report | Case Number: | 05-2314 |
| Billable Pages: | 5 | Cost: | 0.40 |