UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| VS | : | CR. NO. CR04-80S |
| | : | |
| ROCCO P. DESIMONE | : | |

**MOTION TO TRAVEL**

Now comes the Defendant, Rocco P. DeSimone, by and through his attorney, and hereby moves that this Honorable Court issue an order permitting Mr. DeSimone to travel throughout the continental United States for purposes of business and recreation. In support of this motion, the Defendant avers that it is necessary for him to travel to various parts of the country for business and that limiting such travel has had, and will continue to have, a deleterious effect on Defendant's business. The Defendant further states that this motion has been assented to by the Department of Probation, through the Defendant's supervising probation officer, Heather McLaughlin.

Respectfully submitted
ROCCO P. DESIMONE
By his Attorney,

KEVIN J. BRISTOW, ESQ. #3984
505 Turks Head Building
Providence, RI 02903
(401) 521-2800; fax (401) 521-2812

**Certification of Service**

I hereby certify that on the 15th day of June, 2006, I mailed a copy of the within Motion to Assistant United States Attorney Luis Matos, United States Attorneys Office, Fleet Center, 50 Kennedy Plaza, 8th floor, Providence, RI 02903 and to Ms. Heather McLaughlin, United States Probation Office, Two Exchange Terrace, Providence, Rhode Island 02903.