**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **CR. No. 04-80S** |
| | : | |
| **ROCCO P. DESIMONE** | : | |

**UNITED STATES' OBJECTION TO DEFENDANT'S MOTION TO TRAVEL**

On March 22, 2005, a jury convicted defendant Rocco P. Desimone of filing a false tax return in violation of 26 U.S.C. § 7206(1). DeSimone has appealed his conviction. On March 22, 2006, the Court granted defendant's motion for bail pending appeal. As a condition of Defendant's release, Magistrate Judge Martin restricted his travel to the District of Rhode Island.

Presently, defendant moves the Court to permit him to travel throughout the United States for purposes of business and recreation. The United States opposes defendant's motion because he is a convicted felon facing a remaining sentence of approximately 21 months. Defendant has provided this Court with nothing unusual in his situation which would permit the Court to waive one of the standard conditions of pre- and post-trial release. Restricting a convicted felon from traveling at will throughout the United States while he appeals his conviction can hardly be described as a hardship under any circumstances, let alone the defendant's vague assertion that it

is having a "deleterious" impact on his "business."

The United States respectfully requests that the Court deny defendant's motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: June 29, 2006

LUIS MATOS
DULCE DONOVAN
Assistant U.S. Attorneys
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. CR04-80S |
| | : | |
| ROCCO P. DESIMONE | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2006, I caused to be sent a true copy of the within United States' Objection to Defendant's Motion to Travel to:

Kevin Bristow, Esq.
1309 Turks Head Building
Providence, RI 02903

K Anderson