UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | CR. No. 04-80S |
| Rocco P. DeSimone | ) | |

ORDER

Before the Court is a Motion to Travel filed by the Defendant Rocco P. DeSimone. The Motion is opposed by the Government. The Motion is GRANTED, in part, with the following condition. Defendant may travel for business purposes; however, he is required to submit each request for business travel to the Office of Probation for evaluation and approval. The defendant may only travel for legitimate and verified business purposes subject to such conditions as may be imposed by the Office of Probation. Defendant's Motion to Travel for recreational purposes is DENIED. If the Defendant seeks to travel for recreation, he may submit a separate and specific request to the Court through the Office of Probation and the Court will consider it.

BY ORDER:

Doreen Baldinelli

ENTER.

WESm

William E. Smith
United States District Judge
Date: 7/6/06