**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR. No. 04-080S
)
ROCCO P. DESIMONE

**GOVERNMENT'S UNOPPOSED MOTION THAT BAIL BE REVOKED AND DEFENDANT BE ORDERED TO SELF-REPORT TO A FACILITY DESIGNATED BY THE BUREAU OF PRISONS**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, Luis M. Matos, First Assistant United States Attorney, and Dulce Donovan, Assistant United States Attorney, Chief, Civil Division, and requests that bail be revoked in this matter and that defendant be ordered to self-report to a facility designated by the Bureau of Prisons.

On March 21, 2005, a jury convicted Defendant, Rocco DeSimone, of filing a false income tax return in violation of 26 U.S.C. § 7206(1). On August 12, 2005, the Court sentenced Defendant to a term of imprisonment of twenty-seven months. Defendant began serving his sentence on September 26, 2005. After commencing his sentence, defendant filed a motion for bail pending appeal (Appeal No. 05-2314). On March 22, 2006, the Court granted defendant’s motion for bail pending appeal.

On June 7, 2007, the United States Court of Appeals for the First Circuit affirmed defendant’s conviction. Hence, there is

no longer any basis for defendant to remain on bail pending appeal. Accordingly, the United States respectfully requests that the Court order the defendant to report to a facility designated by the Bureau of Prisons by July 11, 2007. Counsel for the United States and counsel for defendant, Kevin Bristow, Esquire, have consulted on this matter and concur that the period from June 7, 2007, to July 11, 2007, will provide defendant with sufficient time to get his affairs in order so that he may continue his sentence.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Luis M. Matos

LUIS M. MATOS
First Assistant U.S. Attorney
RI Bar No. 4475
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
luis.matos@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 15th day of June, 2007, I caused to be served by electronic notification the within Government's Unopposed Motion That Bail Be Revoked And Defendant Be Ordered To Self-Report To A Facility Designated By The Bureau of Prisons.

Kevin Bristow, Esquire
505 Turks Head Building
Providence, RI 02903
401-521-2812
401-521-2812
KJBristowlaw@verizon.net

/s/ Luis M. Matos

LUIS M. MATOS
First Assistant U.S. Attorney
RI Bar No. 4475
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
luis.matos@usdoj.gov
dulce.donovan@usdoj.gov