# United States Court of Appeals

## For the First Circuit

04-00080
USDC/RI
Judge Smith

No. 05-2314

UNITED STATES,

Appellee,

v.

ROCCO P. DESIMONE,

Defendant, Appellant.

**JUDGMENT**

Entered: June 7, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction of Rocco P. DeSimone is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 6/29/07

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. MacFadyen, Mr. Matos, Mr. Lockhart & Mr. Heller.]