**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CRIMINAL NO. 04-080S**

**ROCCO P. DESIMONE**

**EMERGENCY MOTION OF DEFENDANT ROCCO P. DESIMONE FOR AN EXTENSION OF TIME IN WHICH TO SELF-REPORT TO A FACILITY DESIGNATED BY THE BUREAU OF PRISONS**

Defendant Rocco P. DeSimone hereby respectfully moves that this Honorable Court modify its June 19, 2007 Order and extend by two additional weeks the time in which Mr. DeSimone has to self-report to a facility designated by the Bureau of Prisons. In support of this Motion, the Defendant relies upon the Memorandum in Support, filed herewith.

WHEREFORE, Defendant Rocco P. DeSimone respectfully requests that the Court modify its June 19, 2007 Order and extend the time in which the Defendant has to self-report up to and including July 25, 2007.

Respectfully submitted,
ROCCO P. DESIMONE
By his attorney,

Dated: July 10, 2007

______s/ Kevin J. Bristow________
Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800; Fax 401-521-2812
kjbristowlaw@verizon.net

**Certification**

I certify that on July 10, 2007 I caused a true copy of this Motion to be sent via electronic filing (CM/ECF) to the following:

**Luis M. Matos**
luis.matos@usdoj.gov
Kellyann.anderson@usdoj.gov;paulette.gamache@usdoj.gov;gale.james@usdoj.gov;usari-ecf@usdoj.gov

**Dulce Donovan**
dulce.donovan@usdoj.gov
kellyann.anderson@usdoj.gov;gale.james@usdoj.gov;paula.horsey@usdoj.gov;paulette.gamache@usdoj.gov;usari-ecf@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CRIMINAL NO. 04-080S**

**ROCCO P. DESIMONE**

**MEMORANDUM IN SUPPORT OF EMERGENCY MOTION OF DEFENDANT ROCCO P. DESIMONE FOR AN EXTENSION OF TIME IN WHICH TO SELF-REPORT TO A FACILITY DESIGNATED BY THE BUREAU OF PRISONS**

Defendant Rocco P. DeSimone hereby respectfully submits this memorandum in support of his motion requesting that this Honorable Court modify its June 19, 2007 Order and extend by two additional weeks the time in which Mr. DeSimone has to self-report to a facility designated by the Bureau of Prisons. In support of this Motion, the Defendant states as follows:

1. On or about June 15, 2007, the Government submitted an unopposed motion requesting that the Defendant, Rocco P. DeSimone be ordered to self-report to a facility designated by the Bureau of Prisons.

2. On June 19, 2007, this Court entered an Order granting the motion of the government and ordering that the "Defendant shall report to the facility designated by the BOP by July 11, 2007."

3. The Defendant has been advised that the Bureau of Prisons has not yet determined the facility to which the Defendant is to report. Defendant was informed that the Bureau of Prisons continues in the process of determining the most appropriate placement for Defendant DeSimone, for medical reasons.

4. Based upon the motion of the government and the June 19, 2007 order of this Court, it is clear that the intent is to have Mr. DeSimone self-report to the facility that is designated by the Bureau of Prisons. It is therefore requested that this Court modify its prior order to allow an additional two weeks, up to and including July 25, 2007, for Mr. DeSimone to self-report. It is anticipated that the Bureau of Prisons will have designated an appropriate facility by that date.

WHEREFORE, Defendant Rocco P. DeSimone respectfully requests that the Court modify its June 19, 2007 Order and extend the time in which the Defendant has to self-report up to and including July 25, 2007.

Respectfully submitted,
ROCCO P. DESIMONE
By his attorney,

Dated: July 10, 2007

______s/ Kevin J. Bristow________

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800; Fax 401-521-2812
kjbristowlaw@verizon.net

**Certification**

I certify that on July 10, 2007 I caused a true copy of this Memorandum to be sent via electronic filing (CM/ECF) to the following:

**Luis M. Matos**
luis.matos@usdoj.gov
Kellyann.anderson@usdoj.gov;paulette.gamache@usdoj.gov;gale.james@usdoj.gov;usari-ecf@usdoj.gov

**Dulce Donovan**
dulce.donovan@usdoj.gov
kellyann.anderson@usdoj.gov;gale.james@usdoj.gov;paula.horsey@usdoj.gov;paulette.gamache@usdoj.gov;usari-ecf@usdoj.gov