**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR. No. CR04-80S
)
ROCCO P. DESIMONE

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S EMERGENCY MOTION FOR AN EXTENSION OF TIME IN WHICH TO SELF-REPORT TO A FACILITY DESIGNATED BY THE BUREAU OF PRISONS**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, Luis M. Matos and Dulce Donovan, Assistant United States Attorneys, and responds to defendant's emergency motion for an extension of time in which to self-report to a facility designated by the Bureau of Prisons.

On June 19, 2007, the Court ordered defendant to report to a facility designated by the Bureau of Prisons by July 11, 2007. Today, defendant filed an emergency motion to extend the date to self-report by two weeks because the Bureau of Prisons had not designated a facility for his detention. However, defendant, and the United States, have now been informed that the Bureau of Prisons has designated FCI Fairton, Fairton, New Jersey, as the facility to which defendant must report. Accordingly, defendant's motion has been rendered moot. However, because defendant only learned of the designation today and because the facility is in New Jersey, the United States will not object to defendant being allowed one (1) extra day to report to FCI Fairton, to and including July 12, 2007. Otherwise, the United States respectfully requests that defendant's motion be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Luis M. Matos

LUIS M. MATOS
Assistant U.S. Attorney
RI Bar No. 4475
DULCE DONOVAN
Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
luis.matos@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 10th day of July, 2007, I caused to be served by electronic notification the within Government's Opposition to Defendant's Emergency Motion for an Extension of Time in Which to Self-Report to a Facility Designated by The Bureau of Prisons on: Kevin Bristow, Esquire, 505 Turks Head Building, Providence, Rhode Island 02903, KJBristowlaw@verizon.net

/s/ Luis M. Matos
LUIS M. MATOS
Assistant U.S. Attorney
RI Bar No. 4475
DULCE DONOVAN
Assistant U.S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
luis.matos@usdoj.gov
dulce.donovan@usdoj.gov