**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CRIMINAL NO. 04-080S**

**ROCCO P. DESIMONE**

**EMERGENCY MOTION OF DEFENDANT ROCCO P. DESIMONE FOR AN EXTENSION OF TIME IN WHICH TO SELF-REPORT TO A FACILITY DESIGNATED BY THE BUREAU OF PRISONS**

Defendant Rocco P. DeSimone hereby respectfully moves that this Honorable Court modify its June 19, 2007 Order and extend by an additional week the time in which Mr. DeSimone has to self-report to a facility designated by the Bureau of Prisons. In support of this Motion, the Defendant relies upon the Memorandum in Support, filed herewith.

WHEREFORE, Defendant Rocco P. DeSimone respectfully requests that the Court modify its June 19, 2007 Order and extend the time in which the Defendant has to self-report up to and including July 18, 2007.

Respectfully submitted,
ROCCO P. DESIMONE
By his attorney,

Dated: July 10, 2007

______s/ Kevin J. Bristow________
Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800; Fax 401-521-2812
kjbristowlaw@verizon.net

**Certification**

I certify that on July 10, 2007 I caused a true copy of this Motion to be sent via electronic filing (CM/ECF) to the following:

**Luis M. Matos**
luis.matos@usdoj.gov
Kellyann.anderson@usdoj.gov;paulette.gamache@usdoj.gov;gale.james@usdoj.gov;usari-ecf@usdoj.gov

**Dulce Donovan**
dulce.donovan@usdoj.gov
kellyann.anderson@usdoj.gov;gale.james@usdoj.gov;paula.horsey@usdoj.gov;paulette.gamache@usdoj.gov;usari-ecf@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CRIMINAL NO. 04-080S**

**ROCCO P. DESIMONE**

**MEMORANDUM IN SUPPORT OF EMERGENCY MOTION OF DEFENDANT ROCCO P. DESIMONE FOR AN EXTENSION OF TIME IN WHICH TO SELF-REPORT TO A FACILITY DESIGNATED BY THE BUREAU OF PRISONS**

Defendant Rocco P. DeSimone hereby respectfully submits this memorandum in support of his motion requesting that this Honorable Court modify its June 19, 2007 Order and extend by one additional week the time in which Mr. DeSimone has to self-report to a facility designated by the Bureau of Prisons. In support of this Motion, the Defendant states as follows:

1. On or about June 15, 2007, the Government submitted an unopposed motion requesting that the Defendant, Rocco P. DeSimone be ordered to self-report to a facility designated by the Bureau of Prisons.

2. On June 19, 2007, this Court entered an Order granting the motion of the government and ordering that the "Defendant shall report to the facility designated by the BOP by July 11, 2007."

3. The Defendant individually and through counsel has been contacting probation in the past 10 days in an effort to ascertain his placement by the Bureau of Prisons to make arrangements for transportation and to plan other logistical arrangements related to his family. As of 10:00 a.m. today, the Bureau of Prisons had not placed the Defendant,

stating to U.S. Probation that it was attempting to determine the most appropriate medical placement for Defendant DeSimone. At approximately 1:00 p.m. today, the Defendant was advised through counsel that he had been placed at FCI Fairton in extreme South-West New Jersey.

4. Mr. DeSimone has been admitted to bail by this court since March 28, 2006, pending the outcome of his appeal to the First Circuit. He has at all times been of good behavior and abided by the terms and conditions of his release. Mr. DeSimone request this limited amount of additional time to make arrangements to report and to assist his wife and minor child in acclimating to this location. It is therefore requested that this Court modify its prior order to allow an additional week, up to and including July 18, 2007, for Mr. DeSimone to self-report.

WHEREFORE, Defendant Rocco P. DeSimone respectfully requests that the Court modify its June 19, 2007 Order and extend the time in which the Defendant has to self-report up to and including July 18, 2007.

Respectfully submitted,
ROCCO P. DESIMONE
By his attorney,

Dated: July 10, 2007

______s/ Kevin J. Bristow________

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800; Fax 401-521-2812
kjbristowlaw@verizon.net

<u>**Certification**</u>

I certify that on July 10, 2007 I caused a true copy of this Memorandum to be sent via electronic filing (CM/ECF) to the following:

**Luis M. Matos**
luis.matos@usdoj.gov
Kellyann.anderson@usdoj.gov;paulette.gamache@usdoj.gov;gale.james@usdoj.gov;usari-ecf@usdoj.gov

**Dulce Donovan**
dulce.donovan@usdoj.gov
kellyann.anderson@usdoj.gov;gale.james@usdoj.gov;paula.horsey@usdoj.gov;paulette.gamache@usdoj.gov;usari-ecf@usdoj.gov