**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR. No. 04-80S
)
ROCCO P. DESIMONE

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S SECOND EMERGENCY MOTION FOR AN EXTENSION OF TIME IN WHICH TO SELF-REPORT TO A FACILITY DESIGNATED BY THE BUREAU OF PRISONS**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, First Assistant Luis M. Matos, and Civil Chief Dulce Donovan, and responds to defendant's second emergency motion for an extension of time in which to self-report to a facility designated by the Bureau of Prisons("BOP").

On June 19, 2007, the Court ordered defendant to report to a facility designated by the BOP, by July 11, 2007. On July 10, defendant filed two emergency motions to extend the date to self-report to a designated a facility for his detention. The first motion, which was premised upon the BOP'S failure to designate a facility for defendant's surrender, has been rendered moot because the Bureau of Prisons has designated FCI Fairton, Fairton, New Jersey, as the facility to which defendant must report. Nonetheless, defendant continues to press for an extension of time within which to self-report. His reasons appear to be that: (1) it took the BOP a long time to designate a facility; (2) the facility is far – in New Jersey; and, (3) he needs time to for his family to get acclimated.

The United States has already agreed to a one (1) day extension for defendant to self-report due to the confusion that, arguably, may have been caused while defendant was waiting for a facility to be designated. However, it has been clear since the Court issued its Order in this case, on June 19, 2007, that defendant's bail would be revoked and that he had to report by July

11, 2007. Defendant has had since, at minimum, the date of the Court's Order to acclimate his family to the fact that he was returning to jail. Moreover, in the United States unopposed motion requesting that bail be revoked, filed on June 15, 2007, the United States represented "Counsel for the United States and counsel for defendant, Kevin Bristow, Esq., have consulted on this matter and concur that the period from June 7, 2007, [the date that defendant's conviction was affirmed] to July 11, 2007, will provide defendant with sufficient time to get his affairs in order so that he may continue his sentence." There is no reason to grant a further delay. The facility is in New Jersey and is approximately 314 miles from Providence, a distance that according to a Google Maps search should take about 5 and ½ hours to travel. Defendant has sufficient time to report by tomorrow, July 12, 2007, at noon. Accordingly, the United States respectfully requests that defendant's second emergency motion be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/

LUIS M. MATOS
First Assistant U.S. Attorney
RI Bar No. 4475
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
luis.matos@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that on this 11th day of July, 2007, I caused to be served by electronic notification the within Government's Opposition to Defendant's Second Emergency Motion for an Extension of Time in Which to Self-Report to a Facility Designated by The Bureau of Prisons on: Kevin Bristow, Esquire, 505 Turks Head Building, Providence, Rhode Island 02903, KJBristowlaw@verizon.net

/s/ Luis M. Matos
LUIS M. MATOS
First Assistant U.S. Attorney
RI Bar No. 4475
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
luis.matos@usdoj.gov
dulce.donovan@usdoj.gov