**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CRIMINAL NO. 04-080S**

**ROCCO P. DESIMONE**

**DEFENDANT ROCCO P. DESIMONE'S MOTION TO RELEASE APPEARANCE BOND TO SURETY GAIL M. DESIMONE**

Now comes the Defendant, Rocco P. DeSimone, by and through his attorney, and hereby respectfully moves this Honorable Court for an order releasing the Appearance Bond in the amount of $100,000.00 to his surety, Gail M. DeSimone. In support of this Motion, the Defendant relies upon the Memorandum in Support, filed herewith.

WHEREFORE, Defendant Rocco P. DeSimone respectfully requests that the Court release the Appearance Bond to Gail M. DeSimone and for such other and further relief as to this Court may seem proper and just.

Respectfully submitted,
ROCCO P. DESIMONE
By his attorney,

Dated: July 19, 2007

______s/ Kevin J. Bristow________
Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800; Fax 401-521-2812
kjbristowlaw@verizon.net

## **Certification**

I certify that on July 19, 2007 I caused a true copy of this Motion to be sent via electronic filing (CM/ECF) to the following:

**Luis M. Matos**
luis.matos@usdoj.gov
Kellyann.anderson@usdoj.gov;paulette.gamache@usdoj.gov;gale.james@usdoj.gov;usari-ecf@usdoj.gov

**Dulce Donovan**
dulce.donovan@usdoj.gov
kellyann.anderson@usdoj.gov;gale.james@usdoj.gov;paula.horsey@usdoj.gov;paulette.gamache@usdoj.gov;usari-ecf@usdoj.gov

__s/ KEVIN J BRISTOW__

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CRIMINAL NO. 04-080S**

**ROCCO P. DESIMONE**

**MEMORANDUM IN SUPPORT OF DEFENDANT ROCCO P. DESIMONE'S MOTION TO RELEASE APPEARANCE BOND TO SURETY GAIL M. DESIMONE**

Defendant Rocco P. DeSimone hereby respectfully submits this memorandum in support of his motion requesting that this Honorable Court issue an order releasing the Appearance Bond in the amount of $100,000.00 to Defendant's surety, Gail M. DeSimone. In support of this Motion, the Defendant states as follows:

1. On March 22, 2006, this Court granted Defendant's Motion to Set Bail Pending Appeal. The Court released the Defendant on bail, subject to the posting of a $100,000 surety bond.

2. On March 23, 2006, Gail M. DeSimone executed a $100,000 Appearance Bond and deposited $100,000.00 cash in the Registry of the Court. Mrs. DeSimone also signed an Agreement to Forfeit Property should the Defendant fail to comply with this Court's March 23, 2006 "Order Setting Conditions of Release". The Order Setting Conditions of Release was approved by USMJ David L. Martin.

3. The Defendant has complied with all aspects of the "Order Setting Conditions of Release".

4. The Defendant reported to the institution designated by the United States Bureau of Prisons on or before noon on July 16, 2007 pursuant to the July 11, 2007 Text Order of this Court.

5. The Defendant is currently serving his sentence in this matter and the Appearance Bond should now be released to his surety, Gail M. DeSimone.

WHEREFORE, Defendant Rocco P. DeSimone respectfully requests that this Honorable Court release the $100,000 Appearance Bond to the surety, Gail M. DeSimone and for such other and further relief as to this Court may seem just and proper.

Respectfully submitted,
ROCCO P. DESIMONE
By his attorney,

Dated: July 19, 2007

______s/ Kevin J. Bristow________

Kevin J. Bristow, R.I. Bar Reg. No. 3984
505 Turks Head Building
Providence, R.I. 02903
401-521-2800; Fax 401-521-2812
kjbristowlaw@verizon.net

**Certification**

I certify that on July 19, 2007 I caused a true copy of this Memorandum to be sent via electronic filing (CM/ECF) to the following:

**Luis M. Matos**
luis.matos@usdoj.gov
Kellyann.anderson@usdoj.gov;paulette.gamache@usdoj.gov;gale.james@usdoj.gov;usari-ecf@usdoj.gov

**Dulce Donovan**
dulce.donovan@usdoj.gov
kellyann.anderson@usdoj.gov;gale.james@usdoj.gov;paula.horsey@usdoj.gov;paulette.gamache@usdoj.gov;usari-ecf@usdoj.gov

______s/ Kevin J. Bristow________