**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**vs.** **CRIMINAL NO. 04-080S**

**ROCCO P. DESIMONE**

## ORDER

The Defendant's Motion for Release of Funds having come before this Court and upon due consideration it is hereby ordered, adjudged and decreed that the $100,000 cash deposited with the Clerk of the Court as an appearance bond be returned to the surety, Gail M. DeSimone, forthwith.

WESmith
William E. Smith
U.S.D.J.

Date: 7/27/07