**United States District Court**
**for the District of Rhode Island**

United States of America

vs. Case No. CR04-80S

Rocco P. DeSimone

**EXHIBIT RECEIPT**

Government's Trial exhibit(s)# 1, 1A, 1B, 2, 2A, 2B, 3, 3A, 4, 5, 8-25, 27-30, 32-35, 36, 36A, 36B, 37, 38, 40-42, 46, 46C, 47, 47A, 49-65, 67, 68, 72, 73, 74, 76

LEGAL ASSISTANT
Signature of ~~Attorney~~:

Joan G. Mard for
Luis M. Matos, AUSA

David A. DiMarzio, Clerk

Wendy Smith
Deputy Clerk