**United States District Court**
**for the District of Rhode Island**

United States of America

vs. Case No. CR04-80S

Rocco P. DeSimone

# EXHIBIT RECEIPT

Defendant's Trial exhibit(s)AA, B, BB, DD, G, GG, HH, JJ, JJ(II), KK, LL, N, NN, O, OO, P, PP,Q, QQ, R,S,Y

Signature of Attorney:

David A. DiMarzio, Clerk

Deputy Clerk

**United States District Court**
**for the District of Rhode Island**

United States of America

vs. Case No. CR04-80S

Rocco P. DeSimone

**EXHIBIT RECEIPT**

Defendant's exhibit(s) - MM

Signature of Attorney:

David A. DiMarzio, Clerk

Deputy Clerk