**United States District Court**
**for the District of Rhode Island**

United States of America

vs. Case No. CR04-80S

Rocco P. DeSimone

## EXHIBIT RECEIPT

Defendant's Sentencing exhibit(s) - A,B,C,D

Signature of Attorney:

David A. DiMarzio, Clerk

Deputy Clerk