**United States District Court**
**for the District of Rhode Island**

United States of America

vs. Case No. CR04-80S

Rocco P. DeSimone

**EXHIBIT RECEIPT**

Government's Sentencing exhibit(s)# 1-28, 31, 32, 32A, 33, 33A

Signature of Attorney: David A. DiMarzio, Clerk

Joan A. Maul, Legal Assistant for Luis M. Matos, FAUSA

Deputy Clerk